UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARRIANA MARIE SANCHEZ,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF KERN, *et al.*,<br><br>Defendants. | Case No. 1:24-cv-00956-CDB<br><br>ORDER ON STIPULATION AMENDING SCHEDULING ORDER <u>AS MODIFIED</u><br><br>ORDER REFERRING MATTER TO SETTLEMENT CONFERENCE BEFORE HON. MAGISTRATE JUDGE DENNIS COTA ON FEBRUARY 27, 2026<br><br>(Doc. 28) |

Plaintiff Arriana Marie Sanchez ("Plaintiff") initiated this action with the filing of a complaint in state court on July 15, 2024, before Defendant County of Kern removed the case to this Court on August 15, 2024. (Doc. 1). On February 11, 2025, the Court entered the operative scheduling order setting forth discovery, motion and pretrial and trial dates and deadlines. (Doc. 23).

Pending before the Court is the parties' joint stipulated request to amend the scheduling order to extend expert discovery, non-dispositive motion, and dispositive motion dates and deadlines by approximately 45 days, filed on January 26, 2026. (Doc. 28). The parties represent that good cause exists for the proposed amendment as the parties have acted diligently and complied with all discovery deadlines, and with expert discovery currently set to close on February 11, 2026, the parties have decided to engage in informal good faith settlement discussions that may obviate the meet for the requested amendment. *Id.* at 2. The parties represent that they request a settlement conference before a magistrate

1

judge for the week for the week of February 23, 2026, to give Defendants the necessary time required pursuant to the Brown Act to get settlement authority for a settlement conference or approval by the Board of Supervisors if the parties are able to agree upon a settlement in advance of the settlement conference. *Id.* The parties therefore request a 45-day extension of the remaining deadlines of the scheduling order, except for pretrial conference and trial dates, to allow time for the parties to attempt to settle the case and to complete expert discovery and address any necessary motions if settlement discussions are not successful. *Id.* at 3. The parties propose the following extended deadlines (*id.* at 3):

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Expert Discovery Deadline | 02/11/2026 | 03/27/2026 |
| Non-Dispositive Motion Filing Deadline | 02/25/2026 | 04/10/2026 |
| Non-Dispositive Motion Hearing Deadline | 04/06/2026 | 05/21/2026 |
| Dispositive Motion Filing Deadline | 05/04/2026 | 06/18/2026 |
| Dispositive Motion Hearing Deadline | 06/15/2026 | 07/30/2026 |

For good cause shown, the parties' stipulated request to amend the scheduling order will be granted as modified. To ensure sufficient time remains for the Court to consider and rule on any dispositive motions while preserving the existing pretrial and trial dates, the Court will accelerate the parties' proposed deadlines governing dispositive motions.

Separately, the Court will refer this matter to U.S. Magistrate Judge Dennis M. Cota for settlement conference to proceed on February 27, 2026. Judge Cota will issue instructions governing the settlement conference by separate order.

*Remainder of This Page Intentionally Left Blank*

**Conclusion and Order**

In light of the parties' representations in their stipulation (Doc. 28), and for good cause shown, IT IS HEREBY ORDERED that the scheduling order (Doc. 23) is amended as follows:

| Event | Current Date | New Date |
|---|---|---|
| Expert Discovery Deadline | 02/11/2026 | 03/27/2026 |
| Non-Dispositive Motion Filing Deadline | 02/25/2026 | 04/10/2026 |
| Non-Dispositive Motion Hearing Deadline | 04/06/2026 | 05/21/2026 |
| Dispositive Motion Filing Deadline | 05/04/2026 | 05/28/2026 |
| Dispositive Motion Hearing Deadline | 06/15/2026 | 07/09/2026 |

All other case management dates and provisions of the operative scheduling order (Doc. 23) not in conflict with this order remain unchanged.

And it is FURTHER ORDERED that this matter is referred to U.S. Magistrate Judge Dennis M. Cota for settlement conference to proceed on February 27, 2026. Judge Cota will issue instructions governing the settlement conference by separate order.

IT IS SO ORDERED.

Dated:  **January 27, 2026**  _____
UNITED STATES MAGISTRATE JUDGE

3